copy

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

AO-10
Rev. 1/2004

| | |
|---|---|
| 1. Person Reporting (Last name, First name, Middle initial)<br><br>ANDERSON, III, ROBERT L | 2. Court or Organization<br><br>11TH CIR. COURT OF APPEALS |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. CIRCUIT JUDGE (ACTIVE) | 5. ReportType (check appropriate type)<br><br>○ Nomination    Date<br><br>○ Initial    ● Annual    ○ Final |
| 7. Chambers or Office Address<br><br>56 FORSYTH STREET, N.W.<br><br>ATLANTA, GA 30303 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |

3. Date of Report

5/9/2005

6. Reporting Period

1/1/2004
to
12/31/2004

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | FELLOW | AMERICAN BAR FOUNDATION |

FINANCIAL DISCLOSURE OFFICE

MAY 16 2 19 PM '05

RECEIVED

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/1/1968 | SMITH BARNEY CORPORATE TRUST, TRUSTEE OF KEOGH PLAN - VESTED ACCOUNT (SEE PART VIII) |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2004 | Freelance writing |
| 2. | 2004 | Stipend, Medical Center of Middle Georiga (non-profit) |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | University of Virignia School of Law | 4/10 - Moot Court (Transportation, Meals and Lodging) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. SunTrust Bank - checking account | A | Interest | J | T | | | | | |
| 2. Vested interest in Keogh Plan (see Parts II & VIII) | | | | | | | | | |
| 3. Smith Barney Fund, Value | A | Dividend | L | T | | | | | |
| 4. SB short-term high grade | A | Dividend | K | T | | | | | |
| 5. SB US Govt Securities POR | A | Dividend | K | T | | | | | |
| 6. Oppen, Global Gr & Inc | A | Dividend | K | T | | | | | |
| 7. SB Agg Growth | A | Dividend | K | T | | | | | |
| 8. SB Large Cap Growth | A | Dividend | K | T | | | | | |
| 9. Salomon Bros. Capital | A | Distribution | K | T | | | | | |
| 10. Euro Pacific Growth Fund (IRA) | A | Dividend | J | T | | | | | |
| 11. Euro Pacific Growth Fund (IRA) | A | Dividend | J | T | | | | | |
| 12. Sturges Mfg., Utica, NY (common) | A | Dividend | K | W | | | | | |
| 13. Exxon (common) | A | Dividend | K | T | | | | | |
| 14. Fidelity Magellan Mutual Fund | A | Dividend | L | T | | | | | |
| 15. Fidelity Cash reserves (money mutual fund) | A | Dividend | J | T | | | | | |
| 16. SunTrust Bank (common) | C | Dividend | M | T | | | | | |
| 17. MFS Managed Multi-St. Tax Exempt (GA) mutual fund | B | Dividend | K | T | | | | | |
| 18. MFS Manged Mu. Bd. Trust (mutual fund) | B | Dividend | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H3 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Branch Banking & Trust Co. (BB&T) money market fund | A | Interest | L | T | | | | | |
| 20. TIAA-CREF (see VIII) | C | Dividend | L | T | | | | | |
| 21. House and lot, Bibb County, GA | D | Rent | M | W | | | | | |
| 22. SunTrust Bank (common) | A | Dividend | K | T | | | | | |
| 23. I shares Russell 1000 Index | A | Dividend | J | T | | | | | |
| 24. I shares Russell 2000 Value | A | Dividend | K | T | | | | | |
| 25. I shares Russell 2000 Index | A | Dividend | J | T | | | | | |
| 26. I shares Russell 1000 Index | A | Dividend | J | T | | | | | |
| 27. I shares Russell 2000 Value | A | Dividend | J | T | | | | | |
| 28. I shares Russell 2000 Index | A | Dividend | J | T | | | | | |
| 29. I shares Russell 1000 Index (IRA) | A | Dividend | J | T | | | | | |
| 30. I shares Russell 2000 Value (IRA) | A | Dividend | K | T | | | | | |
| 31. I shares Russell 2000 Index (IRA) | A | Dividend | J | T | | | | | |
| 32. I shares Russell 1000 Index (IRA) | A | Dividend | J | T | | | | | |
| 33. I shares Russell 2000 Value (IRA) | A | Dividend | K | T | | | | | |
| 34. I shares Russell 2000 Index (IRA) | A | Dividend | J | T | | | | | |
| 35. The Phoenix Co. (whole life) | B | Dividend | K | T | | | | | |
| 36. The Phoenix Co. (whole life) | D | Dividend | M | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

II. Keogh Plan (no control); vested account invested in mutual funds; contributions made during law practice before appointment.

VII. Line 20. Teachers Ins. & Annuity Assn. - College Retirement Equities Fund -- composed of annuities and common stock fund.

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date_____ 5/9/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544